IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 5:15-cv-656-BR

| | |
|---|---|
| MELISSA WEISS and MEREDITH WEISS, on their own behalf and as next friends of L.W. and D.W., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| RICK BRAJER, in his official capacity as Secretary of the N.C. Department of Health and Human Services, and CATHERINE RYAN, in her official capacity as State Registrar and Director of Vital Records, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the above referenced case is hereby

DISMISSED WITH PREJUDICE, each party to bear its own costs.

SO ORDERED, this the __20__ day of December 2016.

_____
Senior United States District Court Judge